IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-CV-02901-WDM-MJW

LOWRY ASSUMPTION, LLC,

    Plaintiff,

v.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,

    Defendant.

## ORDER

The Court, having reviewed Lowry Assumption, LLC's Unopposed Motion to Amend Pretrial Deadlines, and for good cause shown, HEREBY ORDERS that the pretrial deadlines in this matter will be amended and modified as set forth below:

| TASK | DEADLINE |
|---|---|
| Amend Pleadings and Add Parties | August 25, 2011 |
| Deadline to Serve Interrogatories | November 15, 2011 |
| Deadline to Serve Request for Production of Documents and/or Admissions | November 15, 2011 |
| Fact Discovery Cut-off | December 15, 2011 |
| Expert Witness Disclosure | January 18, 2012 |
| Expert Witness Disclosure: Rebuttal | February 8, 2012 |
| Expert Discovery Cut-off | March 8, 2012 |

10-cv-02901-WDM-MJW

| | |
|---|---|
| Dispositive Motion Deadline | March 29, 2012 |

Unless otherwise addressed in the table above, the pretrial deadlines and other matters addressed in the Court's March 7, 2011 Scheduling Order will be as previously established and are not amended. ☒

~~The Court will address the scheduling of the Final Pretrial Conference at a later time.~~

Date: June 30, 2011

_____
United States Magistrate Judge

☒ The Final Pretrial Conference set on December 21, 2011 at 8:30 AM is VACATED and Reset to MAY 03, 2012 @ 8:30 AM

Scheduling Order (DN 19) is amended consistent with this Order —

2

LITIGATION\3298799.1