IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-002901-CMA-MJW

LOWRY ASSUMPTION, LLC,

    Plaintiff,

v.

AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,

    Defendant.

---

### ORDER REGARDING

### PLAINTIFF LOWRY ASSUMPTION, LLC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND JOIN ADDITIONAL PARTY (DOCKET NO. 43)

### AND

### DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER AND BRING A COUNTERCLAIM (DOCKET NO. 44)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    This matter is before the court on Plaintiff Lowry Assumption, LLC's Motion for Leave to File Amended Complaint and Join Additional Party (docket no. 43) and on Defendant's Motion for Leave to Amend Answer and Bring a Counterclaim (docket no. 44). The court has reviewed the subject motions (docket no. 43 and 44) and the responses (docket nos. 51 and 49) thereto. In addition, the court has taken judicial notice of the court file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact,

conclusions of law, and Order.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

1. That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the state and District of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard;

4. That Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993) (citations omitted);

5. That Defendant's proposed counterclaim for Declaratory Relief seeks nothing more than a "declaration of the rights and obligations under the Policy" which is already at issue in this case and is therefore redundant. See Plaintiff's Ninth Claim for Relief at paragraph 74 in the Complaint (docket no. 1-3) and Shepherd v. United States Olympic Committee, 464 F. Supp.2d 1072, 1082 n.8 (D. Colo. 2006) ("Declaratory relief is redundant and therefore

unavailable under these circumstances, where it seeks nothing more than a legal determination [of issues] already before the court . . . ."). Accordingly, the Defendant's Motion for Leave to Amend Answer and Bring a Counterclaim (docket no. 44) should be denied; and

6. That Plaintiff Lowry Assumption, LLC's Motion for Leave to File Amended Complaint and Join Additional Party (docket no. 43) was filed timely, and good cause has been demonstrated to allow the Amended Complaint to be filed. Accordingly, pursuant to Fed. R. Civ. P. 15(a) and in the interest of justice, the plaintiff's subject motion (docket no. 43) should be granted.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law this court **ORDERS**:

1. That Plaintiff Lowry Assumption, LLC's Motion for Leave to File Amended Complaint and Join Additional Party (docket no. 43) is **GRANTED**. The Amended Complaint is accepted for filing as of the date of this Order;

2. That Defendant's Motion for Leave to Amend Answer and Bring a Counterclaim (docket no. 44) is **DENIED**; and

3. That each party shall pay their own attorney fees and costs for these motions.

Done this 8th day of November 2011.

                                                      BY THE COURT

                                                     <u>s/Michael J. Watanabe</u>
                                                     MICHAEL J. WATANABE
                                                     U.S. MAGISTRATE JUDGE